IN THE CIRCUIT COURT OF COLE COUNTY, MISSOURI

| | |
|---|---|
| MICHAEL JOHNSON,<br> as an individual, and on behalf of all<br> others similarly situated,<br>     Plaintiff,<br><br>vs.<br><br>ATKINS NUTRITIONALS, INC.,<br><br>     Defendant. | )<br>)<br>)<br>) Case No. 16ac-cc00255<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF REMOVAL OF CIVIL ACTION

TO THE CLERK OF THE COLE COUNTY CIRCUIT COURT, AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Atkins Nutritionals, Inc. ("Atkins"), by and through its undersigned counsel, filed a Notice of Removal in the above-captioned action, in the United States District Court for the Western District of Missouri, Central Division, together with a copy of all pleadings filed and served upon them in the instant action, on July 22, 2016. A true and correct copy of such Notice of Removal, with exhibits, is attached as Exhibit 1.

By filing the above Notice of Removal with the Clerk of the United States District Court for the Western District of Missouri, and by providing written notice thereof to the Clerk of this Court, and to Plaintiff's attorney of record, Atkins effects this removal pursuant to 28 U.S.C. § 1446(d). By operation of law, this case is now removed to the United States District Court for the Western District of Missouri, Central Division. This action shall proceed no further in this Court, unless and until the action is remanded by the United States District Court.

Respectfully submitted,

By: /s/ Greg T. Wolf
    Gregory T. Wolf    MO Bar #43717
    Carly D. Duvall    MO Bar #61925
    Dentons US LLP
    4520 Main Street, Suite 1100
    Kansas City, MO 64111
    TELEPHONE (816) 460-2400
    FAX (816) 531-7545
    gregory.wolf@dentons.com
    carly.duvall@dentons.com

    Charles A. Newman    MO Bar #24735
    One Metropolitan Square
    211 N Broadway
    Suite 3000
    St. Louis, MO 63102-2741
    TELEPHONE (314) 259-5399
    FAX (314) 259-5959
    charles.newman@dentons.com

    ATTORNEYS FOR DEFENDANT ATKINS
    NUTRITIONALS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on 22 day of July, 2016, the above and foregoing was filed electronically with the above-captioned court. Counsel will provide notice to the following via email and U.S. Mail:

Matthew L. Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
matt@willliamsdirks.com

Jason "Jay" Barnes
BARNES & ASSOCIATES
219 E. Dunklin Street, Suite A
Jefferson City, Missouri 65101
Telephone: (573) 634-8884
Facsimile: (573) 635-6291
jaybarnes5@zoho.com

Counsel for Plaintiff and the Proposed Class

                                                   /s/ Greg T. Wolf
                                                   Attorney for Defendant Atkins