IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:16-cv-04213-MDH |
| | ) |
| ATKINS NUTRITIONALS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 111). The parties stipulate that the matter should be dismissed with prejudice, each party to bear its own costs and attorneys' fees. Wherefore, the Court **GRANTS** the parties' Stipulation of Dismissal With Prejudice and hereby dismisses this case in its entirety with prejudice, and with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 16, 2018

                                                       */s/ Douglas Harpool*
                                                     **DOUGLAS HARPOOL**
                                                     **UNITED STATES DISTRICT JUDGE**